# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

CRYSTAL HOAG,

        Defendant(s).

2:23-cr-00080-ART-EJY

**ORDER**

      Before the court is defendant's Unopposed Motion to Amend Conditions of Pretrial Release. (ECF No. 31).

      Good Cause Appearing,

      IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend Conditions of Pretrial Release (ECF No. 31), is GRANTED.

      IT IS FURTHER ORDRED that defendant Crystal Hoag must satisfy all outstanding warrants on or before October 6, 2023 and provide verification to Pretrial Services or the supervising officer.

      DATED this 27th day of June 2023.

                                                        _____

                                                         CAM FERENBACH
                                                         UNITED STATES MAGISTRATE JUDGE