UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CRYSTAL HOAG,<br><br>          Defendant. | Case No. 2:23-cr-00080-ART-EJY-1<br><br>**ORDER GRANTING**<br><br>**Stipulation to Extend Self-Surrender Date (ECF No. 92)** |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Ms. Hoag's self-surrender date is extended to October 15, 2025.

DATED this 12th day of September 2025.

_____
Anne R. Traum
United States District Judge

3